The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Entered pursuant to Administrative Order No. 16-02, Teresa D. Underwood, Clerk of Court**

**By: /s/ Diane Haidet**
**Deputy Clerk**

Dated: 11:09 AM March 10, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| LEROY N. BUTLER | : | CASE NO. 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | ORDER FOR PAYMENT FROM DEBTOR(S) TO TRUSTEE |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

It appearing to the Court that the Debtor(s) filed a plan under Chapter 13 of the Bankruptcy Code and that Toby L. Rosen was appointed Chapter 13 Trustee to administer the case.

It further appearing to the Court that the Debtor(s) is/are to make payments directly to the Trustee **BY MONEY ORDER OR CERTIFIED CHECK WITH DEBTOR(S) NAME AND CHAPTER 13 CASE NUMBER LEGIBLY APPEARING ON ALL PAYMENTS.**

**THEREFORE, IT IS ORDERED THAT** said debtor(s) is/are to pay the sum of **$2,080.00 MONTHLY** and remit the same to:

**Toby L. Rosen, Chapter 13 Trustee**
**P O Box 616**
**Memphis, TN 38101-0616**

A full monthly payment of $2080.00 must be received by MARCH 17, 2017.

**IT IS FURTHER ORDERED** that if the debtor(s) should fail to make said payments in accordance with this order, the Trustee may submit an order to this Court for employer deductions.

I hereby certify that this Order complies with Administrative Order No. 08-08. Signed under the pains and penalty of perjury.

**/S/ Toby L. Rosen**
**Toby L. Rosen, Chapter 13 Trustee**

SERVICE LIST

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

REBECCA K HOCKENBERRY
HOCKENBERRY LAW OFFICE
PO BOX 1014
ASHLAND, OH 44805

Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas St, #400
Canton, OH 44702

###