UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: Leroy Butler, et. Al., | ) | Case No. 17-60436 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Kendig |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Federal Rules of Bankruptcy Procedure 2002, that the undersigned enters an appearance as counsel for the Richland County Treasurer in the above captioned case. The undersigned requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with Bankruptcy Rule 2000 or and Order of the Court be mailed to or otherwise served upon the Richland County Treasurer at the following address:

Stephen M. Wildermuth
Assistant Prosecutor
38 S. Park St., 2nd Floor
Mansfield, OH 44902
419 774-5676
419 774 5589 (FAX)
swildermuth@richlandcountyoh.us

**/s/ Stephen M. Wildermuth**
**Stephen M. Wildermuth, Bar Number 0042108**
**Assistant Prosecutor**
**38 S. Park St.**
**Mansfield, OH 44902**
**419 774 5676**
**swildermuth@richlandcountyoh.us**

# CERTIFICATE OF SERVICE

I certify that on April 5, 2017 a true and correct copy of the <u>Notice of Appearance and Request for Service</u> was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:
Rebecca K. Hockenberry
   <u>rebecca@hockenberrylaw.com</u>, Toby L. Rosen    trosen@chapter13canton.com, trosen@ecf.epiqsystems.com United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. Mail, postage prepaid, on:
Rebecca K. Hockenberry
Hockenberry Law Office, LLC
371 Lexington Ave.
Mansfield, OH 44907

The State of Ohio Department of Taxation

c/o The Ohio Attorney General's Office

Collections Enforcement Unit

150 E. Gay St., 21st Floor

Columbus, OH 43215


Debt Recovery Solutions of Ohio, Inc.

P. O. Box 1307

Mansfield, OH 44901


Sysco Food Service of Cleveland

4747 Grayton Rd.

Cleveland, OH 44135


Citifinancial Inc.

2164 Walker Lake Rd.

Mansfield, OH 44903

Venessa Butler

1490 Royal Oak Trail

Mansfield, OH 44906

The United States of America

c/o the United States Attorney's Office

United States Court House

801 W. Superior Ave., Suite 400

Cleveland, OH 44113

John B. Webster DDS

61 N. Mulberry St.

Mansfield, OH 44902

Fidelity Financial Services of Ohio, Inc.

2383 S. Main St.

Akron, OH 44319

**/s/ Stephen M. Wildermuth**
**Stephen M. Wildermuth, Bar Number 0042108**
**Assistant Prosecutor**
**38 S. Park St.**
**Mansfield, OH 44902**
**419 774 5676**
 **swildermuth @richlandcountyoh.us**