IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: : CHAPTER 13 PROCEEDING

LEROY N. BUTLER : CASE NO. : 17-60436

: JUDGE RUSS KENDIG

DEBTOR(S) :

**************************************************************************

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'(S) AMENDED PLAN DATED AUGUST 1, 2017

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, for the above captioned case and objects to Confirmation of the Debtor'(s) proposed Plan on the grounds that said plan is in violation of 11 U.S.C. Section(s):

**Chapter 7 value**

    1325 (a) (3) the plan has been proposed in good faith and not by any means forbidden by law.

    1325 (a) (4) the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of this title on such date.

**REAL ESTATE**
**FRAUDULENT CONVEYANCE TO DAUGHTER**

**Unfeasible**

    1325 (a) (6) the debtor will be able to make all payments under the plan and to comply with the plan

    1325 (a) (1) the plan complies with the provisions of this chapter and with the other applicable provisions of this title.

**PLAN WILL NOT COMPLETE IN 60 MONTHS**

    **WHEREFORE**, the Standing Chapter 13 Trustee prays that the confirmation of the debtor(s) plan be **denied.**

                                         <u>/S/ Toby L. Rosen</u>
                                          Toby L. Rosen, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that on August 17, 2017, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    REBECCA K HOCKENBERRY, on behalf of LEROY N. BUTLER, at rebecca@alhattorneys.com

And by regular U.S. Mail, postage prepaid, on:

    NONE

    /s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222