**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Dated: 08:30 AM August 30, 2017**

Russ Kendig
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| LEROY N. BUTLER | : | CASE NO: 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | AGREED ORDER DETERMINING MOTION TO DISMISS WITH PREJUDICE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

     This matter is before the Court on the Chapter 13 Trustee's **Motion to Dismiss with Prejudice**. The parties have agreed that the Trustee's Motion should be settled as follows:

     The Debtor must pay the SEPTEMBER 2017 payment of $2,080.00 and continue to make regular monthly payments on time.

     Regular plan payments are due by the 20th of each month.

     Failure to make one (1) of the required payments will result in the Trustee notifying the Debtor and their Counsel of the delinquency.

     Upon such notification, the Debtor will have twenty-one (21) days to bring the payments to the Trustee current. If the Debtor cannot bring the payments current, the Debtor and their Counsel can seek to modify the Plan to suspend or modify payments pursuant to Section 1329 of the Bankruptcy Code.

If no such modification is made or the Debtor has not made the required payments within twenty-one (21) days of such notice, an order dismissing the case with prejudice, with an attached affidavit listing the above provisions may be presented to the Court for consideration.

**BE IT SO ORDERED.**

/s/ Rebecca K. Hockenberry
REBECCA K HOCKENBERRY, Attorney for Debtor(s)

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

###

SERVICE LIST:

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

REBECCA K HOCKENBERRY
HOCKENBERRY LAW OFFICE
PO BOX 1014
ASHLAND, OH 44805