UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: ) Judge Russ Kendig
)
LeRoy N. Butler ) Case No. 17-60436
)
)
) ☐ Chapter 13 Form Plan Summary
Debtor(s). ) ☑ Second Amended Chapter 13 Plan

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

a. The 2013 Kia Sportage will be surrendered.
b. Debtor is surrendering the real property located at 178 Harker, 264 Harker, and 25 Foster in Mansfield, Ohio. The Richland County Treasurer will be paid as a general unsecured creditor for any property tax owed on these properties.

☑ Continued on attached separate page(s).

2. __3.00__ % or a pot of $ __N/A__ to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B2)

| Creditor | Description of asset or contract |
|---|---|
| Glen L. Maglott, Jr. | Land contract 204 Helen Avenue |

☐ Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| Glen L. Maglott, Jr. | 1st | 204 Helen Avenue | $ 440.00 | Paid by Trustee |
| Richland County Treasurer | | 204 Helen Avenue | $ 43.22 | Paid by Trustee |
| Richland County Treasurer | 1st | 198 Helen Avenue | $ 59.11 | Paid by Trustee |

☑ Continued on attached separate page(s).

1

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| Richland Cnty Treas (198 Helen) | $ 10,459.08 | 3 % |
| Glen Maglott | $ 5,527.38 | 0 % |
|  |  | 0 % |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-mortgage claims to be paid full current balance (E5)

Creditor: _____  _____  _____
Collateral: _____  _____  _____
Date Incurred: _____  _____  _____
Monthly Payment: _____  _____  _____
Interest Rate: _____%  _____%  _____%
Estimated Balance: _____  _____  _____
Paid By: _____  _____  _____

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped (E7)

Creditor: Capital One Auto Finance
Date Incurred: 2007
Collateral: 2007 Chevrolet Silverado
Monthly Payment: $ 300.00
Interest Rate: 5.75 %
Secured Value: $ 16,525.00

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

2

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| IRS | multiple | $ 1,378.13 |
| Ohio Department of Taxation | multiple | $ 66.49 |

☐ Continued on attached separate page(s).

9. The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name: _____
Holder's Address (if known): _____
Address of Child Support
Enforcement Agency (mandatory): _____

☐ Continued on attached separate page(s).

10. Payments to Trustee (D)

The debtor will pay to the trustee $ 1,456.00 monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ☐Wage Order on employer ☑by Debtor ("Private Pay") in the form of money order or certified check.

11. Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

/s/ LeRoy N. Butler
Debtor's signature - name typed below         Debtor's signature - name typed below

LeRoy N. Butler

/s/ Rebecca K. Hockenberry
Attorney's signature - Name (state bar #), address and phone typed below

Rebecca K. Hockenberry (0074930)
371 Lexington Ave, Mansfield, OH 44907
(567) 560-2095; (614) 737-9945 facsimile
rebecca@hockenberrylaw.com

3

1. Special Provisions Continued.

c. The Trustee will pay Glen Maglott $440 monthly beginning August 2017 on the ongoing monthly payments under the land contract agreement.

d. Debtor will surrender any interest he may have in the 2014 Chevy Malibu that has a lien with Credit Acceptance. The vehicle loan with Credit Acceptance will be paid by co-debtor.

e. Capital One Auto Finance shall be paid 0% interest pursuant to the proof of claim.

f. The plan payments will be $1456 for 5 months; then $2080 for 2 months; then $1290 for the remainder of the plan.

g. The Ohio Department of Taxation shall be paid as a priority claim. The priority amount is $66.49. The unsecured portion is $19,595.98.