1. Special Provisions Continued.

c. The Trustee will pay Glen Maglott $440 monthly beginning August 2017 on the ongoing monthly payments under the land contract agreement.

d. Capital One Auto Finance shall be paid 0% interest pursuant to the proof of claim.

e. The plan payments will be $1456 for 5 months; then $2080 for 2 months; then $1290 for three months; then 1,795.00 for the remainder of the plan.

f.. The Ohio Department of Taxation shall be paid as a priority claim. The priority amount is $66.49. The unsecured portion is $19,595.98.

g. Credit Acceptance will be paid at an interest rate of 22.99% to protect the co-debtor.