UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| LeRoy N. Butler | ) | CASE NO. 17-60436 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |

RESPONSE IN OPPOSITION TO MOTION OF CREDIT ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO TAKUR JACKSON

Now comes Debtor, LeRoy N. Butler, by and through the undersigned counsel, and hereby responds in opposition to Credit Acceptance Corporation's motion for relief from stay (Doc. 56). Co-debtor Takur Jackson had difficulty making the auto loan payments as a result of Debtor's bankruptcy and thus, fell behind on the auto loan. Debtor has amended his Chapter 13 plan to have the auto loan payments made through the Trustee's office. Credit Acceptance Corporation will be provided adequate protection as a result thereof and its motion is now moot.

WHEREFORE, Debtor respectfully requests that Credit Acceptance Corporation's motion for relief from stay and co-debtor stay as to Takur Jackson be denied.

Respectfully submitted,

/s/Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Hockenberry Law Office, LLC
371 Lexington Avenue
Mansfield, OH 44907
(567) 560-2095 telephone
(614) 737-9945 facsimile
rebecca@hockenberrylaw.com

Counsel for Debtor

# CERTIFICATE OF SERVICE

I certify that on December 29, 2017, a true and correct copy of the RESPONSE IN OPPOSITION TO MOTION OF CREDIT ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO TAKUR JACKSO was served:

Via the court's Electronic Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Thomas R. Houlihan on behalf of State of Ohio Department of Taxation at Houlihan@amer-law.com, crogers@amer-collect.com;rschroeter@amer-collect.com;HouliECF@aol.com
- Cynthia A. Jeffrey, on behalf of Credit Acceptance at bknotice@reimerlaw.com
- Richland County Treasurer at swildermuth@richlandcountyoh.us
- Toby L. Rosen, Chapter 13 Trustee at trosen@chapter13canton.com, trosen@ecf.epiqsystems.com
- Richard P. Schroeter on behalf of State of Ohio Department of Taxation   rschroeter@amer-collect.com, crogers@amer-collect.com;HouliECF@aol.com
- D. Anthony Sottile on behalf of Capital One Auto Finance at bankruptcy@sottileandbarile.com
- United States Trustee at (Registered address)@usdoj.gov
- Stephen M. Wildermuth on behalf of the Richland County Treasurer at swildermuth@richlandcountyoh.us

And by regular U.S. mail, postage prepaid, on:

Capital One Auto Finance
c/o Ascension Capital Group
PO Box 165028
Irving, TX 75016

Cynthia A. Jeffrey, Esq.
Reimer Law Co.
30455 Solon Road
Solon, Ohio 44139

Attorney for Credit Acceptance Corporation

                                           /s/Rebecca K. Hockenberry
                                           Rebecca K. Hockenberry (0074930)