IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| LEROY N. BUTLER | : | CASE NO: 17-60436 |
| | : | JUDGE RUSS KENDIG |
| | : | AGREED ORDER SETTLING |
| DEBTOR(S) | | OBJECTION TO CONFIRMATION |

*****************************************************************

This matter came before the Court at a hearing on the confirmation of the plan. The parties have agreed to the following:

Pursuant to the requirements of Bankruptcy Code Section 1325(a)(4), the amount that should be distributed under the plan to all allowed unsecured and priority claims shall not be less than $7,000.00 (subject to appraisal) which represents the estimated value of the debtor(s)' estate if it were liquidated under chapter 7 of the code as of the effective date of the plan.

The Debtors hereby agree to increase payments into their Chapter 13 Plan from $1,456.00 MONTHLY to $1,850.00 MONTHLY.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that the debtor's plan is amended as stated above.

/S/ RUSS KENDIG
United States Bankruptcy Judge

APPROVED:

/s/ Rebecca Hockenberry
REBECCA K HOCKENBERRY, Attorney for Debtor(s)

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

## SERVICE LIST

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

REBECCA K HOCKENBERRY
HOCKENBERRY LAW OFFICE
PO BOX 1014
ASHLAND, OH 44805