IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| LEROY N. BUTLER | : | CASE NO: 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MOTION TO DISMISS |

**************************************************************************

**Now comes the Chapter 13 Trustee, Toby L. Rosen,** and declares under penalty of perjury:

1. The Debtor(s) filed a petition for relief under Chapter 13 on 03/07/2017.

2. The Debtor(s) is/are required to submit to the Trustee copies of Federal and State tax return(s) for each tax year while the Chapter 13 is pending at the request of the Trustee pursuant to 11 U.S.C. §521(f).

3. The Trustee has previously made such request, and the Debtor(s) failed to provide the Trustee with copies of 2017 Federal and State tax return(s).

**Therefore,** the Trustee requests the above case be dismissed pursuant to the 11 U.S.C. § 1307(c).

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas St, 4th Floor
Canton, OH 44702
330-455-2222

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, a true and correct copy of the MOTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

REBECCA K HOCKENBERRY, on behalf of LEROY N. BUTLER, at

rebecca@alhattorneys.com

And by regular U.S. Mail, postage prepaid, on:

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

/s/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

## NOTICE OF MOTION TO DISMISS CASE

**TOBY L. ROSEN, the Standing Chapter 13 Trustee,** has filed papers with the Court to have this bankruptcy case dismissed.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss this bankruptcy case, or if you want the court to consider your views on the motion to dismiss this case, then on or before **JUNE 14, 2018**, you or your attorney must file with the Court an objection to the motion to dismiss at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Toby L. Rosen, Chapter 13 Trustee
> 400 Tuscarawas Street, 4th Floor
> Canton, Ohio 44702

You must also attend a hearing on the motion to dismiss this case on **JULY 18, 2018 at 1:30 PM** at:

> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave, S.W.
> Canton, OH 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: May 24, 2018

> /S/ Toby L. Rosen
> Toby L. Rosen, Chapter 13 Trustee
> 400 Tuscarawas Street, 4th Floor
> Canton, Ohio 44702