IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| LEROY N. BUTLER | : | CASE NO: 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR | : | NOTICE OF DELINQUENCY |

*************************************************************************

**Now comes the standing Chapter 13 Trustee, Toby L. Rosen**, and states:

1. The Debtor has now failed to make Plan payments to the Trustee in the sum of $1331.00 monthly in violation of this Court's Order.

2. As of May 31, 2018, the Debtor is delinquent in the amount of $1,331.00.

3. The Debtor must pay **$2,662.00 by JUNE 29, 2018** (which includes the JUNE, 2018 payment) to bring the case current.

**All delinquent and monthly payment amounts must be received by the date stated above. If the amount is not paid, or a Plan modification is not filed, the Trustee shall submit her order DISMISSING the case WITH PREJUDICE.**

# CERTIFICATE OF SERVICE

I certify that on June 8, 2018, a true and correct copy of the NOTICE was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

REBECCA K HOCKENBERRY, on behalf of LEROY N. BUTLER, at rebecca@alhattorneys.com

And by regular U.S. Mail, postage prepaid, on:

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222