# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| LEROY N. BUTLER | : | CASE NO. 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | TRUSTEE'S RESPONSE TO APPLICATION FOR ATTORNEY FEES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and responds to the Application for Fees filed by Debtor's counsel.

This application doesn't show the $300.00 paid as a retainer.

**NOW THEREFORE**, the Trustee respectfully requests that the Court take the foregoing response under consideration as part of any award of additional fees or expenses to Debtor's counsel.

/S/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

## NOTICE OF HEARING

Kindly take **NOTICE** that the Trustee's Response to Application for Attorney Fees regarding the above captioned Debtor(s), will come on for hearing on **JUNE 27, 2018 at 2:00 p.m.** Said hearing will take place in the U. S. Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave SW, Canton, Ohio 44702.

## CERTIFICATE OF SERVICE

I certify that on June 11, 2018, a true and correct copy of the RESPONSE was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    REBECCA K HOCKENBERRY, on behalf of LEROY N. BUTLER, at rebecca@alhattorneys.com

And by regular U.S. Mail, postage prepaid, on:

    NONE

    /S/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 W. Tuscarawas St, 4th Floor
    Canton, OH  44702
    Phone:  (330) 455-2222