# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| LeRoy N. Butler | ) | CASE NO. 17-60436 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |

## RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Now comes Debtor, Leroy N. Butler, by and through the undersigned counsel, and hereby responds in opposition to the Trustee's Motion to Dismiss filed on May 24, 2018 (Doc. 99). Mr. Butler's 2017 Federal and State tax returns were uploaded to the Trustee on June 12, 2018. Accordingly, the Trustee's motion is now moot and should be denied.

WHEREFORE, Debtor respectfully requests that the Motion to Dismiss be denied as moot.

/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (007430)
Thompson & Hockenberry Co. LPA
371 Lexington Avenue
Mansfield, OH 44907
(567) 560-2095
(614) 737-9945 facsimile
rebecca@hockenberrylaw.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on June 12, 2018, a true and correct copy of Response in Opposition to Motion to Dismiss was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Robert Anthony Franco, on behalf of Glenn Maglott, at rfranco@attorneyfranco.com
- Thomas R. Houlihan on behalf of State of Ohio Department of Taxation at Houlihan@amer-law.com, sallman@amer-collect.com;jvaughan@amer-collect.com;HouliECF@aol.com
- Cynthia A. Jeffrey on behalf of Credit Acceptance, at bknotice@reimerlaw.com
- Richland County Treasurer at swildermuth@richlandcountyoh.us
- Toby L. Rosen, Chapter 13 Trustee at trosen@chapter13canton.com, trosen@ecf.epiqsystems.com
- Richard P. Schroeter on behalf of State of Ohio Department of Taxation    rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com; jvaughan@amer-collect.com
- D. Anthony Sottile on behalf of Capital One Auto Finance at bankruptcy@sottileandbarile.com
- United States Trustee at (Registered address)@usdoj.gov
- Stephen M. Wildermuth on behalf of the Richland County Treasurer at swildermuth@richlandcountyoh.us

And by regular U.S. mail, postage prepaid, on:

   Capital One Auto Finance
   c/o Ascension Capital Group
   PO Box 165028
   Irving, TX 75016

/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (007430)
371 Lexington Avenue
Mansfield, OH 44907
(567) 560-2095
(614) 737-9945 facsimile
rebecca@hockenberrylaw.com

Attorney for Debtor