IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| LEROY N. BUTLER | : | CASE NO: 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | WITHDRAWAL OF MOTION TO DISMISS CASE |

**************************************************************************

Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and withdraws the** Motion to Dismiss Case **previously filed by the Trustee in this case on MAY 24, 2018 as said motion has been satisfied.**

/S/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I certify that on June 14, 2018, a true and correct copy of the PLEADING was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

REBECCA K HOCKENBERRY, on behalf of LEROY N. BUTLER, at rebecca@alhattorneys.com

And by regular U.S. Mail, postage prepaid, on:

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222