Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/01/2018

CASE NO: 17-60436  DEBTOR: XXX-XX-8082
STATUS: COMP - 7.25%  BUTLER, LEROY N.  SCHEDULE: 1,331.00 MONTHLY

AKA:  21,893.00
DATE FILED: 03/07/2017  204 HELEN AVENUE  ON SCHEDULE: 24,545.00
  MANSFIELD, OH 44903  ACTUAL PAYMENTS: 21,893.00
CONFIRMED: 02/08/2018  AMOUNT BEHIND: 2,652.00

PERCENTAGE: 7.250  ATTORNEY: REBECCA K HOCKENBERRY
  THOMPSON & HOCKENBERRY CO
PLAN: 59 MONTHS  371 LEXINGTON AVENUE
  MANSFILED, OH 44907
1st PAYMENT DUE: 03/2017  Phone: 567 560-2095 Fax: 614 737-9945

**DEBTOR PAYMENTS INTO PLAN**
(Date Payment Posted - Amount of Payment)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( Mar 23, 2017 | 2,080.00 ) | ( May 01, 2017 | 2,080.00 ) | ( Jun 27, 2017 | 1,040.00 ) | ( Jul 18, 2017 | 1,040.00 ) ( Jul 25, 2017 1,040.00 ) |
| ( Aug 22, 2017 | 2,080.00 ) | ( Oct 11, 2017 | 2,080.00 ) | ( Oct 24, 2017 | 1,290.00 ) | ( Dec 14, 2017 | 600.00 ) ( Dec 28, 2017 1,980.00 ) |
| ( Feb 05, 2018 | 1,000.00 ) | ( Feb 13, 2018 | 290.00 ) | ( Mar 12, 2018 | 500.00 ) | ( Mar 12, 2018 | 500.00 ) ( Mar 12, 2018 290.00 ) |
| ( Jun 26, 2018 | 2,663.00 ) | ( Aug 21, 2018 | 1,340.00 ) | ( | ) | ( | ) ( ) |

Total payments received from March 07, 2017 to October 01, 2018: 21,893.00
Less Debtor payment adjustments: .00
Total payments applied to Plan: 21,893.00

DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 193067 | SAMARITAN REGIONAL HEALTH SYSTEM | PRO | UNS | 0.00 | 0.00 | 193.00 | 0.00 | 0.00 | NOT FILED |
| | 197825 | QUANTUM3 GROUP LLC AS AGENT | PRO | UNS | 0.00 | 0.00 | 334.00 | 0.00 | 0.00 | NOT FILED |
| | 181686 | CITI FINANCIAL | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
| | 193640 | IMAGINE | PRO | UNS | 0.00 | 0.00 | 945.00 | 0.00 | 0.00 | NOT FILED |
| | 203836 | DELTINO CRAIN | PRO | UNS | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | NOT FILED |
| | 193849 | FIRST BANK OF DELAWARE | PRO | UNS | 0.00 | 0.00 | 998.00 | 0.00 | 0.00 | NOT FILED |
| | 201370 | FIRST PREMIER BANK | PRO | UNS | 0.00 | 0.00 | 998.00 | 0.00 | 0.00 | NOT FILED |
| | 203507 | GREAT VALUE STORAGE | PRO | UNS | 0.00 | 0.00 | 348.30 | 0.00 | 0.00 | NOT FILED |
| | 149600 | CREDIT COLLECTION SERVICE | PRO | UNS | 0.00 | 0.00 | 158.00 | 0.00 | 0.00 | NOT FILED |
| | 197662 | BANK CARD SERVICES | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
| | 189522 | MERRICK BANK | PRO | UNS | 0.00 | 0.00 | 1,091.00 | 0.00 | 0.00 | NOT FILED |
| | 165787 | NCO FINANCIAL SYSTEMS | PRO | UNS | 0.00 | 0.00 | 213.00 | 0.00 | 0.00 | NOT FILED |
| | 195554 | OHIO DEPARTMENT OF TAXATION | PRO | UNS | 0.00 | 0.00 | 1,436.71 | 0.00 | 0.00 | NOT FILED |
| | RBC | RBC | PRO | UNS | 0.00 | 0.00 | 248.00 | 0.00 | 0.00 | NOT FILED |
| | 193446 | SALUTE | PRO | UNS | 0.00 | 0.00 | 834.00 | 0.00 | 0.00 | NOT FILED |
| | 148610 | SAMARITAN REGIONAL | PRO | UNS | 0.00 | 0.00 | 88.00 | 0.00 | 0.00 | NOT FILED |
| 005 | 193163 | SANTANDER CONSUMER USA | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 009 | 203575 | RICHLAND COUNTY TREASURER | PRO | SEC | 0.00 | 0.00 | 0.00 | 195.77 | 0.00 | DIRECT |
| 009AC | 203575 | RICHLAND COUNTY TREASURER | PRO | SEC | 0.00 | 0.00 | 0.00 | 74.69 | 0.00 | DIRECT |
| xxxA | 203835 | GLEN L MAGLOTT JR | PRO | SEC | 0.00 | 0.00 | 3,583.44 | 0.00 | 0.00 | NOT FILED |

CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | INT. RATE / INT. BEGIN | FIX PAY / ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001-2 | CREDIT ACCEPTANCE CORPORATION rfs 6/1/2018 | FIX | SEC 100.0000 | 22.9900 03/07/2017 | 405.46 0.00 | 04/2018 | 2,718.37 2,718.37 | 2,718.37 2,958.07 | 0.00 0.00 |
| 002-5 | INTERNAL REVENUE SERVICE Split Claim | PRO | UNS 7.2501 | | 0.00 0.00 | | 15,878.24 1,151.19 | 0.00 0.00 | 1,151.19 0.00 |
| 002-5 | INTERNAL REVENUE SERVICE | PRO | PRI 100.0000 | | 0.00 0.00 | | 1,405.45 1,405.45 | 0.00 0.00 | 1,405.45 0.00 |
| 003-2 | CAPITAL ONE AUTO FINANCE Split Claim | PRO | UNS 7.2501 | | 0.00 0.00 | | 16,253.88 1,178.42 | 0.00 0.00 | 1,178.42 0.00 |
| 003-2 | CAPITAL ONE AUTO FINANCE cram down per mod | FIX | SEC 100.0000 | | 300.00 0.00 | 06/2018 | 4,400.00 4,400.00 | 4,400.00 0.00 | 0.00 0.00 |
| 004 | PLAZA SERVICES | PRO | UNS 7.2501 | | 0.00 0.00 | | 21.80 1.58 | 0.00 0.00 | 1.58 0.00 |
| 006 | QUANTUM3 GROUP LLC AS AGENT | PRO | UNS 7.2501 | | 0.00 0.00 | | 79.38 5.76 | 0.00 0.00 | 5.76 0.00 |
| 007 | VERIZON BY AMERICAN INFOSOURCE L | PRO | UNS 7.2501 | | 0.00 0.00 | | 609.76 44.21 | 0.00 0.00 | 44.21 0.00 |

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

THE COMMITMENT PERIOD OR THE NUMBER OF MONTHS YOU ARE REQUIRED TO PAY INTO YOUR PLAN IS DETERMINED AT CONFIRMATION. IF YOU HAVE NOT SATISFIED THE COMMITMENT PERIOD FOR YOUR CASE, THE BALANCE REFLECTS 100% OF THE CLAIMS FILED IN YOUR CASE.

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/01/2018

CASE NO: 17-60436  DEBTOR: XXX-XX-8082
STATUS: COMP - 7.25%  BUTLER, LEROY N.  SCHEDULE: 1,331.00 MONTHLY

## CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 008 | ATTORNEY GENERAL STATE OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 17,835.26 1,293.07 | 0.00 0.00 | 1,293.07 0.00 |
| 008 | ATTORNEY GENERAL STATE OF OHIO / Received refund claim paid to date | PRO | PRI 100.0000 | | 0.00 0.00 | 07/2017 | 514.28 514.28 | 514.28 0.00 | 0.00 0.00 |
| 009B | RICHLAND COUNTY TREASURER | FIX | SEC 100.0000 | | 43.22 0.00 | 08/2018 | Continuing Continuing | 777.96 0.00 | 43.22 0.00 |
| 009C | RICHLAND COUNTY TREASURER | FIX | SEC 100.0000 | | 59.11 0.00 | 08/2018 | Continuing Continuing | 726.53 125.13 | 59.11 0.00 |
| 009CA | RICHLAND COUNTY TREASURER | PRO | SEC 100.0000 | 3.0000 03/07/2017 | 0.00 0.00 | | 10,459.08 10,459.08 | 0.00 0.00 | 10,459.08 517.94 |
| 010 | COLUMBIA GAS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 10,411.79 754.87 | 0.00 0.00 | 754.87 0.00 |
| 011 | OHIO EDISON | PRO | UNS 7.2501 | | 0.00 0.00 | | 4,744.06 343.95 | 0.00 0.00 | 343.95 0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS LLC | PRO | UNS 7.2501 | | 0.00 0.00 | | 1,137.54 82.47 | 0.00 0.00 | 82.47 0.00 |
| 013 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 13.42 0.97 | 0.00 0.00 | 0.97 0.00 |
| 014 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 3.02 0.22 | 0.00 0.00 | 0.22 0.00 |
| 015 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 17.21 1.25 | 0.00 0.00 | 1.25 0.00 |
| 016 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 45.00 3.26 | 0.00 0.00 | 3.26 0.00 |
| 017 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 564.30 40.91 | 0.00 0.00 | 40.91 0.00 |
| 018 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 327.30 23.73 | 0.00 0.00 | 23.73 0.00 |
| 019 | DEBT RECOVERY SOLUTIONS OF OHIO | PRO | UNS 7.2501 | | 0.00 0.00 | | 129.29 9.37 | 0.00 0.00 | 9.37 0.00 |
| 020 | GLEN L MAGLOTT JR | PRO | UNS 7.2501 | | 0.00 0.00 | | 2,000.00 145.00 | 0.00 0.00 | 145.00 0.00 |
| 021 | GLEN L MAGLOTT JR | FIX | SEC 100.0000 | | 440.00 0.00 | 08/2018 | Continuing Continuing | 6,160.00 0.00 | 440.00 0.00 |
| 021A | GLEN L MAGLOTT JR | PRO | SEC 100.0000 | | 0.00 0.00 | | 5,527.38 5,527.38 | 0.00 0.00 | 5,527.38 0.00 |
| 022 | COMPLETE CREDIT SOLUTIONS / 12/5/17 Order denying claim | PRO | UNS 7.2501 | | 0.00 0.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 700 | REBECCA K HOCKENBERRY | FIX-A | ATY 100.0000 | | 0.00 0.00 | | 600.00 600.00 | 0.00 0.00 | 600.00 0.00 |
| 799 | REBECCA K HOCKENBERRY / 6/28/18 Order allowing 3726 | FIX | ATY 100.0000 | | 150.00 0.00 | 08/2018 | 3,126.00 3,126.00 | 1,543.42 0.00 | 1,582.58 0.00 |
| | Trustee Administrative Fees | | | | | | 1,688.78 | 1,688.78 | |
| | TOTALS: | | | | 1,397.79 0.00 | | 100,510.59 35,519.57 | 18,529.34 3,083.20 | 25,197.05 517.94 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 0.00 | 3,726.00 | 1,919.73 | 23,104.83 | 5,080.23 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,543.42 | 514.28 | 7,118.37 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,182.58 | 1,405.45 | 15,986.46 | 5,080.23 | 0.00 | DUE CREDITORS: | 25,714.99 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 517.94 | 0.00 | 0.00 | EXPECTED ADMIN: | 0.00 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 542.33 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 2,182.58 | 1,405.45 | 17,046.73 | 5,080.23 | 0.00 | APPROX BALANCE: | 25,704.99 |

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

THE COMMITMENT PERIOD OR THE NUMBER OF MONTHS YOU ARE REQUIRED TO PAY INTO YOUR PLAN IS DETERMINED AT CONFIRMATION. IF YOU HAVE NOT SATISFIED THE COMMITMENT PERIOD FOR YOUR CASE, THE BALANCE REFLECTS 100% OF THE CLAIMS FILED IN YOUR CASE.