The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02, Teresa D. Underwood, Clerk of Court

By: /s/ Diane Haidet
Deputy Clerk

Dated: 10:10 AM February 11, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| LEROY N. BUTLER | : | CASE NO. 17-60436 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | **Amended per modification of plan** **ORDER FOR PAYMENT FROM DEBTOR(S) TO TRUSTEE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

It appearing to the Court that the Debtor(s) filed a plan under Chapter 13 of the Bankruptcy Code and that Dynele L. Schinker-Kuharich was appointed Chapter 13 Trustee to administer the case.

It further appearing to the Court that the Debtor(s) is/are to make payments directly to the Trustee **BY MONEY ORDER OR CERTIFIED CHECK WITH DEBTOR(S) NAME AND CHAPTER 13 CASE NUMBER LEGIBLY APPEARING ON ALL PAYMENTS.**

**THEREFORE, IT IS ORDERED THAT** said debtor(s) is/are to pay the sum of **$1,529.00 MONTHLY** and remit the same to:

Dynele L. Schinker-Kuharich, Chapter 13 Trustee
P O Box 616
Memphis, TN 38101-0616

**A full monthly payment of $1,529.00 must be received by the 20th of each month.**

**IT IS FURTHER ORDERED** that if the debtor(s) should fail to make said payments in

accordance with this order, the Trustee may submit an order to this Court for employer deductions.

**I hereby certify that this Order complies with Administrative Order No. 16-02. Signed under the pains and penalty of perjury.**

**/S/ Dynele L. Schinker-Kuharich**
**Dynele L. Schinker-Kuharich, Chapter 13 Trustee**

SERVICE LIST

LEROY N. BUTLER
204 HELEN AVENUE
MANSFIELD, OH 44903

REBECCA K HOCKENBERRY
THOMPSON & HOCKENBERRY CO LPA
371 LEXINGTON AVENUE
MANSFILED, OH 44907

Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, OH 44702

###