# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **LeRoy N. Butler** | : | **Case No.: 17-60436** |
| **Debtor** | : | **Judge Russ Kendig** |

## NOTICE OF DELINQUENCY

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and states:

1. Debtor has now failed to make Plan payments to Trustee in the sum of $1,529.00 monthly, in violation of this Court's Order.

2. As of May 31, 2019, the Chapter 13 Case is delinquent in the amount of $5,034.00.

3. Debtor must pay **$6,563.00 by July 12, 2019** (which includes the June 2019 payment) to bring the case current.

All delinquent and monthly payment amounts must be received by the date stated above. If the amount is not paid, or a Plan modification is not filed, Trustee shall submit her order Dismissing the case.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee
200 Market Avenue North, Suite 30
Canton, OH 44702
Tel. 330.455.2222
dlsk@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, a true and correct copy of the Notice of Delinquency was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Rebecca K. Hockenberry, Counsel for Debtor, at rebecca@hockenberrylaw.com

and by regular U.S. Mail, postage prepaid, upon:

LeRoy N. Butler, Debtor
204 Helen Avenue
Mansfield, OH 44903

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee