IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13 Proceedings** |
| LeRoy N. Butler | : | Case No.: 17-60436 |
| Debtor | : | Judge Russ Kendig |

**AFFIDAVIT**

STATE OF OHIO}
COUNTY OF STARK} SS:

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and being duly sworn, deposes and says:

1. A Notice of Delinquency was mailed to Debtor June 21, 2019.
2. Debtor failed to bring the delinquency current.

_____
Dynele L. Schinker-Kuharich
Chapter 13 Trustee
200 Market Avenue North, Suite 30
Canton, Ohio 44702
Tel. 330.455.2222
dlsk@Chapter13Canton.com

Sworn to before me and subscribed in my presence this July 22, 2019.

_____
Notary Public

Heidi C. Latzan
Notary Public, State of Ohio
My Commission Expires
March 4, 2024

Heidi C. Lafean
Notary Public, State of Ohio
My Commission Expires
March 4, 2024

# CERTIFICATE OF SERVICE

I certify that on July 22, 2019, a true and correct copy of the Affidavit was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Rebecca K. Hockenberry, Counsel for Debtor, at rebecca@hockenberrylaw.com
- Cynthia A. Jeffrey, Counsel for Creditor, at cjeffrey@reimerlaw.com
- Richard Schroeter, Counsel for Creditor, at rschroeter@amer-collect.com
- Thomas R. Houlihan, Counsel for Creditor, at Houlihan@amer-law.com
- Stephen M. Wildermuth, Counsel for Creditor, at swildermuth@richlandcountyoh.us
- Capital One Auto Finance, Creditor, at ecfnotices@ascensioncapitalgroup.com

and by regular U.S. Mail, postage prepaid, upon:

LeRoy N. Butler, Debtor
204 Helen Avenue
Mansfield, OH 44903

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee