# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **LeRoy N. Butler** | : | **Case No.: 17-60436** |
| **Debtor** | : | **Judge Russ Kendig** |

## WITHDRAWAL OF DOCUMENT

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and hereby withdraws the Affidavit, previously filed on July 22, 2019.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee
200 Market Avenue North, Suite 30
Canton, Ohio 44702
Tel. 330.455.2222
dlsk@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, a true and correct copy of the Withdrawal of Document was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Rebecca K. Hockenberry, Counsel for Debtor, at rebecca@hockenberrylaw.com
- Thomas R. Houlihan, Counsel for Creditor, at Houlihan@amer-law.com
- Cynthia A. Jeffrey, Counsel for Creditor, at bknotice@reimerlaw.com
- Richard P. Schroeter, Counsel for Creditor, at rschroeter@amer-collect.com
- Stephen M. Wildermuth, Counsel for Creditor, at swildermuth@richlandcountyoh.us

and via regular U.S. Mail, postage prepaid, upon:

LeRoy N. Butler, Debtor
204 Helen Avenue
Mansfield, OH 44903

       /s/ Dynele L. Schinker-Kuharich
       Dynele L. Schinker-Kuharich
       Chapter 13 Trustee