IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| LeRoy N. Butler | : | Case No.: 17-60436 |
| Debtor | : | Judge Russ Kendig |

## NOTICE OF DELINQUENCY

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and states:

1. Debtor failed to make Plan payments to Trustee in the sum of $1,760.00 monthly, in violation of this Court's Order.

2. As of January 31, 2020, the Chapter 13 Case is delinquent in the amount of $7,039.00.

3. Debtor must pay **$8,799.00 by February 21, 2020** (which includes the February 2020 payment) to bring the case current.

All delinquent and monthly payment amounts must be received by the date stated above. If the amount is not paid, or a Plan modification is not filed, Trustee shall submit her order Dismissing the case with Prejudice.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, a true and correct copy of the Notice of Delinquency was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- Rebecca K. Hockenberry, Counsel for LeRoy N. Butler, at rebecca@attyTH.com

and by regular U.S. Mail, postage prepaid, upon:

LeRoy N. Butler, Debtor
204 Helen Avenue
Mansfield, OH 44903

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee