IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| LeRoy N. Butler | : | Case No.: 17-60436 |
| Debtor | : | Judge Russ Kendig |

**AFFIDAVIT**

STATE OF OHIO}
COUNTY OF STARK} SS:

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and being duly sworn, deposes and says:

1. A Notice of Delinquency was mailed to Debtor January 31, 2020.
2. Debtor failed to bring the delinquency current.

_____
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

Sworn to before me and subscribed in my presence this February 25, 2020.

_____
Notary Public

Heidi C. Latzan
Notary Public, State of Ohio
My Commission Expires
March 4, 2024

# CERTIFICATE OF SERVICE

I certify that on February 26, 2020, a true and correct copy of the Affidavit was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- Rebecca K. Hockenberry, Counsel for LeRoy N. Butler, at rebecca@attyTH.com

and by regular U.S. Mail, postage prepaid, upon:

LeRoy N. Butler, Debtor
204 Helen Avenue
Mansfield, OH 44903

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee