The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



/s/ Russ Kendig
Russ Kendig
United States Bankruptcy Judge

Dated: 11:03 AM February 28, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| LeRoy N. Butler | : | Case No.: 17-60436 |
| Debtor | : | Judge Russ Kendig |

### ORDER TO DISMISS WITH PREJUDICE WITH AFFIDAVIT

Trustee filed a Motion to Dismiss with Prejudice on July 14, 2017.

The Court entered an Agreed Order on August 30, 2017 resolving the Motion to Dismiss with Prejudice providing that Debtor meet certain conditions.

Trustee set forth in an affidavit that Debtor failed to meet the conditions outlined in the Agreed Order.

**IT IS THEREFORE ORDERED** that the case is **DISMISSED WITH PREJUDICE.**

Signed under the pains and penalty of perjury.

###

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)

Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Rebecca K. Hockenberry, Counsel for LeRoy N. Butler, via the Court's Electronic Case Filing System at rebecca@attyTH.com

LeRoy N. Butler, Debtor, via regular mail at:
204 Helen Avenue
Mansfield, OH 44903